*Henry L. Williford* and *James E. Kirk,* for Plaintiff in Error.

*John F. Burket* and *Francis C. Bart,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J. AND TERRELL AND DAVIS, J.J., concur.

JULIUS T. HORNEY, *Plaintiff in Error,* vs. C. H. ROQUEMORE, ANNIE D. RUDD, J. D. ROQUEMORE, ZACH ROQUEMORE, R. D. ROQUEMORE, TERESE JONES, and CATHRYN ROQUEMORE, *Defendants in Error.*

145 So. 593.

Division B.

Decision filed October 3, 1932.

Petition for rehearing denied November 1, 1932.

*Carroll D. Judson* and *Patrick H. Mears,* for Plaintiff in Error;

*Peterson, Carver & Langston* and *Edwards & Marchant,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J. AND TERRELL AND DAVIS, J.J., concur.

L. M. BRYAN and DR. P. PHILLIPS COMPANY, a corporation, *Appellants,* vs. GENTILE BROS. COMPANY, a corporation, and GREGG MAXCY, INC., a corporation, *Appellees.*

143 So. 760.

Division B.

Decision filed October 3, 1932.

*Leitner & Leitner* and *W. W. Whitehurst,* for Appellants;

*Huffaker & Edwards* and *Holland & Bevis,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the orders overruling demurrers herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said orders; it is, therefore, considered, ordered and decreed by the Court that the said orders of the Circuit Court be, and the same are hereby affirmed.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur.

PINE MANUFACTURING COMPANY, a Florida Corporation, *Appellant,* vs. A. T. ROBERSON, *Appellee.*

143 So. 758.